GRANT WESTERSON *v.* VINCENT COCCOLI ET AL. (14112)

Lavery, Heiman and Hennessy, Js.

Argued February 14—decision released March 5, 1996

*Michael E. Cronin, Jr.,* for the appellants (named defendant et al.).

*John S. Bennet,* with whom, on the brief, was *Lorri A. Massa,* for the appellee (plaintiff).

*Stephen R. Sheehan,* for the court-appointed accountant.

PER CURIAM. The judgment is affirmed.